**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:        Timothy James McMahan and Karen McMahan v. Joe Alfred Izen, Jr.

Appellate case number:    01-20-00233-CV

Trial court case number:   1115867

Trial court:                        County Civil Court at Law No. 1 of Harris County

 Appellants' Motion for En Banc Reconsideration is denied.

 It is so ORDERED.

Justice's signature: /s/ Richard Hightower
         Acting for the En Banc Court

The En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: April 21, 2022